UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TERRELL JACKSON,<br>    *Plaintiff*, | :<br>:<br>: |
| v. | :   Case No. 3:22-CV-1051 (OAW) |
| WALKER, et al.,<br>    *Defendants*. | :<br>:<br>: |

## ORDER

Pro se Plaintiff Terrell Jackson filed this case under 42 U.S.C. § 1983. When the Clerk of Court contacted the Department of Correction Office of Legal Affairs to ascertain the current work addresses for Defendants Warren and Martin, she learned that during the operative time period of the complaint, there were two officers with the surname Warren, one female and one male, and three officers with the surname Martin, working at Cheshire Correctional.

The court cannot affect service on Officers Warren and Martin without their first and last names. Plaintiff may conduct discovery in order to obtain the information necessary to identify these defendants. Upon obtaining these facts through discovery, Plaintiff shall file a notice with the court. Upon receipt of sufficient information, the court will enter an order for service on these Defendants.

**IT IS SO ORDERED** at Hartford, Connecticut, this 12th day of December 2022.

                                                              /s/
                                          Omar A. Williams
                                          United States District Judge